CEM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 DEC 14 PM 12:29

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY CP DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Pablo NOLASCO-Grave**<br>(AKA: Daniel WOLASCO)<br><br>Defendant. | Magistrate Case No. **'07 MJ 29 10**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about, **December 7, 2007**, within the Southern District of California, defendant, **Pablo NOLASCO-Grave (AKA: Daniel WOLASCO)**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

D. Wooddy

Deven A. Wooddy, U.S. Immigration
& Customs Enforcement, Immigration Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **14th** DAY OF **December 2007.**

Barbara L. Major

UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**NAME: NOLASCO-Grave, Pablo**
**(AKA: Daniel WOLASCO)**

CEM

## PROBABLE CAUSE STATEMENT

On December 7, 2007, the defendant identified as, "Pablo NOLASCO-Grave" (AKA: Daniel WOLASCO) was arrested by the San Diego Police Department for violation of section 148.9 (A) of the California Penal Code, "FALSE ID TO SPECIFIC PO'S" and booked into county jail. While in the custody of county jail, an Immigration Officer conducted a field interview, determined the defendant to be a citizen of Mexico and placed a Form I-247 (Immigration Hold) pending his release from custody.

On December 14, 2007, the defendant was referred to United States Immigration and Customs Enforcement custody. Immigration Agent Deven A. Wooddy conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been deported or removed from the United States on at least four occasions.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed the defendant was most recently ordered deported from the United States by an Immigration Judge on or about February 20, 1996 and most recently removed via the San Ysidro, California Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint Identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Pablo NOLASCO-Grave, a citizen and national of Mexico.

All information indicates the defendant is a citizen of Mexico having been previously deported from the United States and has no legal right to re-enter.

Based upon the foregoing information, there is probable cause to believe that Pablo NOLASCO-Grave (AKA: Daniel Wolasco) has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, "Deported Alien Found in the United States".